# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 6, 2020

## NO. 03-18-00711-CV

**Texas Commission on Environmental Quality, Appellant**

**v.**

**City of Cleburne, Texas, and Johnson County, Texas, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on October 5, 2018. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.